THE PEOPLE OF THE STATE OF NEW YORK ex rel. GUY CARY et al., as Ancillary Executors of and Trustees Under the Will of ROBERT W. GOELET, Deceased, Appellants, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Respondents. (Appeal No. 1.)

SAME, Appellants, against SAME, Respondents. (Appeal No. 2.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PRESIDENT AND FELLOWS OF HARVARD COLLEGE, Appellants, against SAME, Respondents. (Appeal No. 3.)

Argued October 4, 1944; decided November 22, 1944.

*Edward G. Bathon, Charles R. Barrett, John N. Regan* and *Peter J. Baxter* for appellants.

*Ignatius M. Wilkinson, Corporation Counsel (Francis A. Fullam, Jr., James Hall Prothero* and *Arthur H. Goldberg* of counsel), for respondents.

Orders affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: THACHER, J.